Robert STUBBS *v.* STATE of Arkansas

CR 95-240                                   896 S.W.2d 430

Supreme Court of Arkansas
Opinion delivered March 27, 1995

*Bill Luppen*, for appellant.

No response.

PER CURIAM. The appellant, Robert Stubbs, has filed a motion for rule on the clerk. His attorney, Bill Luppen, admits that the record was prematurely and untimely filed due to a mistake on his part. We find that such admission of fault by an attorney in a criminal case is good cause to grant the motion. *See Tarry v. State*, 288 Ark. 172, 702 S.W.2d 904 (1986).

The motion is therefore granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.

DUDLEY, J., not participating.